UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:12-cr-00047-LRH-VPC |
| Plaintiff, | **ORDER** |
| vs. | |
| MICHELLE MARONEY, | |
| Defendant. | |

The Court finds that good cause exists pursuant to Fed.R.Crim.P. 32(b) to lengthen the time period for pronouncement of Judgment and sentencing for the reasons set forth in the written Motion of defense counsel.   The Court finds that defendant has specifically requested the continuance.   Motion to Continue Sentencing (First Request) [#47] is Granted.

IT IS ORDERED that the sentencing currently scheduled for March 4, 2013, at 1:30 p.m. be vacated and continued until ___May 9, 2013___, at 10:00 a.m. in Reno Courtroom 5 before Judge Larry R. Hicks.

Dated this 29th day of January 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE